No. 1063. SOUTHWIRE CO. ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 1064. STAHLIN BROS. FIBRE WORKS, INC. v. PANDUIT CORP. C. A. 6th Cir. Certiorari denied.

No. 1065. KENNEDY v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 1072. RICCHETTI, DBA KINGS COUNTY DISTRIBUTING CO., ET AL. v. MEISTER BRAU, INC. C. A. 9th Cir. Certiorari denied.

No. 1077. NAGELBERG ET UX. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1083. APPALACHIAN VOLUNTEERS, INC., ET AL. v. CLARK, SUPERINTENDENT OF SCHOOLS OF FLOYD COUNTY, KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 1084. S. FELICIONE & SONS FISH CO., INC. v. CITIZENS CASUALTY CO. OF NEW YORK. C. A. 5th Cir. Certiorari denied.

No. 1085. WATERMAN STEAMSHIP CORP. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 1086. MACFARLANE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1088. VANDYGRIFT v. FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.